No. 783. LOCAL LOAN Co. v. HUNT. March 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. David F. Rosenthal, Richard Mayer, Orville W. Lee,* and *Frederic Burnham* for petitioner. *Messrs. Lloyd A. Faxon* and *Fred C. Dimond* for respondent.

Nos. 791 and 792. AVERY v. COMMISSIONER OF INTERNAL REVENUE. March 19, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. John E. MacLeish* and *Leland K. Neeves* for petitioner. *Solicitor General Biggs* for respondent.

No. 795. WOODSON, ALIEN PROPERTY CUSTODIAN, ET AL. v. DEUTSCHE GOLD UND SILBER SCHEIDEANSTALT VORMALS ROESSLER. March 19, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Solicitor General Biggs* for petitioners. *Messrs. Richard H. Wilmer* and *Douglas L. Hatch* for respondent.

No. 786. BURNS MORTGAGE Co., INC. v. FRIED. March 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Sigmund H. Steinberg* and *John P. Stokes* for petitioner. *Messrs. Albert S. Lisenby, John C. Noonan,* and *Albert L. Moise* for respondent.

No. 820. FAIRPORT, PAINESVILLE & EASTERN RAILROAD Co. v. MEREDITH. March 19, 1934. Petition for writ of certiorari to the Court of Appeals, 7th Judicial District, of Ohio, granted. *Messrs. Thomas M. Kirby, Elbert F.*

*Blakely, Atlee Pomerene,* and *Harry T. Nolan* for petitioner. *Mr. David F. Anderson* for respondent.

No. 802. LEWIS, RECEIVER, *v.* FIDELITY & DEPOSIT CO. March 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. J. F. Anderson, Samuel H. Wilcy, F. G. Awalt, Wallace Miller,* and *George P. Barse* for petitioner. *Messrs. M. F. Goldstein* and *Arthur G. Powell* for respondent.

No. 178. NORTON *v.* VESTA COAL CO. See *ante,* p. 641.

No. 674. HACKWORTH *v.* ADERHOLD, WARDEN. January 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Harry Hackworth, pro se.* No appearance for respondent.

No. 704. UNITED STATES EX REL. NERBONNE *v.* HILL, WARDEN. January 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Alfred R. Nerbonne, pro se.* No appearance for respondent.

No. 667. POOLE *v.* UNITED STATES. January 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion for leave to